GEORGIANNA POWERS GOERKE ET AL., PLAINTIFFS, v. FRANK HUBENY, DEFENDANT.

Submitted October term, 1931—Decided December 10, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the rule, *Arthur T. Vanderbilt.*

*Contra, Edward A. Markley* and *Charles Stockdell Gray.*

PER CURIAM.

This is defendant's rule under which it is sought to set aside a verdict of $15,000 in favor of the plaintiff Edwin H. Bennett, for personal injuries, &c., received in an automobile collision that took place at the intersection of Cherry and Sayre streets, Elizabeth, on April 15th, 1929.

Two reasons are urged—

1. The verdict is against the weight of the evidence.

2. The verdict is excessive.

We do not so find and the rule to show cause will be discharged, with costs.